**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 23-11108 |

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes. Where is the property?

1.1

1730 N. Clark St.
Apt. 4111
Street address, if available, or other description

Chicago          IL          60614-5364
City          State          ZIP Code

Cook
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
■ Other   Residential Apartment

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Lease runs through October 2024. Includes garage space. Lessor is independent third party; see Schedule G.

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| Unknown | Unknown |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Leasehold; no ownership interest

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>**

$0.00

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | John Bernard O'Brien | | Case number *(if known)* | 23-11108 |

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **Lexus** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |

| 3.1 | Make: **Lexus** |
|---|---|
| | Model: **GX** |
| | Year: **2018** |
| | Approximate mileage: **30,000** |
| | Other information: |

VIN No. JTJBM7FX8J5201625. Value approximate, based on Kelly Blue Book value as of August 2023. Debt/lien amount per September 2022 statement; likely higher.

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $36,766.00 | $36,766.00 |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

| $36,766.00 |
|---|

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe.....

| Used furniture, small appliances, bedding, and kitchenware in two-bedroom apartment, most originally purchased at Restoration Hardware outlet approximately 10 years ago. Value per eBay search for comparable used items in August 2023. | $4,147.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe.....

| Two older 42" Samsung TVs (purchased over eight years ago); Apple desktop computer (late 2015 model); Apple iPad (Wifi model, 2-3 years old); Applie iPhone 8 (battery needs replacement). Value per eBay search for comparable used items in August 2023. | $445.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☑ Yes. Describe.....

Debtor 1     John Bernard O'Brien                                    Case number *(if known)*     23-11108

| | |
|---|---|
| Five framed poster prints and three oil paintings (purchased many years ago). Value per eBay search for comparable used items in August 2023. | $1,114.00 |

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| | |
|---|---|
| Men's bicycle (Specialized Sirrus 1.0, older model, purchased on Facebook Marketplace for $200); bicycle pump; bicycle helmet; kickboard. Value per eBay search for comparable used items in August 2023. | $286.00 |

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| Everyday jackets, suits, shirts, pants, and shoes. Value per eBay search for comparable used items in August 2023. | $1,899.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| Men's platinum wedding ring (bought used on eBay over 10 years ago when debtor lost original; value per eBay search for comparable used item in September 2023), older men's Sport Sail Michele watch (purchased over 10 years ago; value estimated at half the price of a new watch of the same model). | $1,018.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| Multiple bottles of wine (no "collector" labels; value estimated at approximately half of retail value); ten bottles of Cattier champagne (value estimated at half of retail value); misc. household decorations of nominal value. | $834.00 |

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| |
|---|
| $9,743.00 |

Debtor 1    John Bernard O'Brien                                   Case number *(if known)*   23-11108

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

■ Yes...................................................................................................................

Cash on hand as of petition date.                                                                                           $69.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.......................

Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking | JPMorgan Chase Bank, N.A. '3586 (balance as of August 2023 statement) (balance does not include $2,602 monthly Venmo payment to estranged wife for court-ordered DSO, processed on petition date but reflected in balance as of following day) | $414.84 |
| 17.2. | Savings | Goldman Sachs Bank USA ("Marcus") (balance per August 2023 statement) (balance does not include electronic payments to cover divorce attorney fee listed below, rent prepayment listed below, or $1,994 in ordinary living expenses for debtor and his son, all processed on or before petition date but reflected in balance postpetition) | $554.97 |
| 17.3. | Checking | First American Bank '8101. Value listed represents debtor's 50% interest.  Fully encumbered. | $42.92 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes...................         Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| All equity interests in O'Brien Metal, Inc., a defunct metal fabrication business. All assets voluntarily surrendered to senior lienholder Beverly Bank & Trust Company N.A. on April 21, 2022, and corporation administratively dissolved on October 14, 2022. Failure of company is direct cause of personal bankruptcy filing. | 100 | % | $0.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

Debtor 1    John Bernard O'Brien                                        Case number *(if known)*    23-11108

☐ Yes. Give specific information about them.
         Issuer name:

**21. Retirement or pension accounts**
      *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
      ■ No
      ☐ Yes. List each account separately.
                     Type of account:                  Institution name:

**22. Security deposits and prepayments**
      Your share of all unused deposits you have made so that you may continue service or use from a company
      *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
      ☐ No
      ■ Yes. ....................
                                                        Institution name or individual:

|  | Prepayment for legal services in bankruptcy (partially or entirely earned) | Adelman & Gettleman, Ltd. | $10,000.00 |
|---|---|---|---|
|  | Prepayment for legal services in divorce. | Overmann Family Law, PLLC | $3,000.00 |
|  | September Rent (electronic payment initiated prepetition but accepted 9/5) | Eugenie Terrace on the Park | $4,310.00 |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
      ■ No
      ☐ Yes............    Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
      26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
      ☐ No
      ■ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

|  | Morgan Stanley 529 Education Savings Plan, for the benefit of minor son. Balance as of June 30, 2023. No contributions made for over two years. | $72,559.36 |
|---|---|---|

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
      ☐ No
      ■ Yes.  Give specific information about them...

|  | Proceeds from sale of primary residence (1817 N. Orleans Street, Chicago IL), held in escrow per 12/2/22 order of judge in Kentucky divorce action (Boone Circuit Court, Fourth Division). Held by Ruth B. Jackson, Esq., Jackson Family Law, Crestview Hills, KY. Value listed represents debtor's 50% interest. Fully encumbered. | $90,000.00 |
|---|---|---|
|  | O'Brien Revocable Trust. Revocable trust established March 20, 2019 for the benefit of the debtor, his wife, and their son, but no property ever transferred to it. | $0.00 |

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
      *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
      ■ No
      ☐ Yes.  Give specific information about them...

Official Form 106A/B                              Schedule A/B: Property                                        page 5

Debtor 1    John Bernard O'Brien    Case number *(if known)*    23-11108

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| 2021 Tax Refund; Return Filed 8/22/23 | Federal | $972.00 |
| 2021 Tax Refund; Return Filed 8/22/23 | State | $1,315.00 |
| 2022 Tax Refund; Return Filed 8/22/23 | Federal | $1,924.00 |
| 2022 Tax Refund; Return Filed 8/22/23 | State | $814.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| John Hancock Life Insurance Company (U.S.A.) Whole Life Insurance Policy, No. ****8970. Debtor is the insured and owner. Value is net cash surrender value per policy summary dated 8/7/23. $500,000 net death benefit. Fully encumbered. | Susan O'Brien (spouse) | $36,380.83 |
| State Farm - Automotive Policy No. 468 1176-E11-13J covering 2018 Lexus. Monthly premium is $128.41. | John B. O'Brien | $0.00 |

Debtor 1    John Bernard O'Brien                                                          Case number *(if known)*   23-11108

| State Farm - Personal Articles Policy No. 13-BC-R923-4. Monthly premium is $21.83. Covers wife's diamond engagement ring (in her possession). | John B. O'Brien | $0.00 |
|---|---|---|
| State Farm - Homeowners Policy No. 73-L1-Z645-2. Monthly premium is $22.58. | John B. O'Brien | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................    | $222,356.92 |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ■ Yes. Give specific information.........

| 1,305,761 Marriott Rewards points. Subject to asserted claim of estranged wife in divorce proceeding. | Unknown |
|---|---|

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................    | $0.00 |

Debtor 1    John Bernard O'Brien                                 Case number *(if known)*    23-11108

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
| --- | --- |

| | | |
| --- | --- | --- |
| 55. | **Part 1: Total real estate, line 2** ................................................................................... | $0.00 |
| 56. | **Part 2: Total vehicles, line 5** | $36,766.00 |
| 57. | **Part 3: Total personal and household items, line 15** | $9,743.00 |
| 58. | **Part 4: Total financial assets, line 36** | $222,356.92 |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 |

62. **Total personal property.** Add lines 56 through 61... $268,865.92    Copy personal property total    $268,865.92

63. **Total of all property on Schedule A/B**. Add line 55 + line 62                     $268,865.92

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| | First Name       Middle Name       Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 23-11108 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 2018 Lexus GX 30,000 miles VIN No. JTJBM7FX8J5201625. Value approximate, based on Kelly Blue Book value as of August 2023. Debt/lien amount per September 2022 statement; likely higher.<br>Line from *Schedule A/B*: 3.1 | $36,766.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(c) |
| Everyday jackets, suits, shirts, pants, and shoes. Value per eBay search for comparable used items in August 2023.<br>Line from *Schedule A/B*: 11.1 | $1,899.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |
| Men's platinum wedding ring (bought used on eBay over 10 years ago when debtor lost original; value per eBay search for comparable used item in September 2023), older men's Sport Sail Michele watch (purchased over 10 years ago; value estimated at half the<br>Line from *Schedule A/B*: 12.1 | $1,018.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(a) |

| Debtor 1 | John Bernard O'Brien | | Case number (if known) | 23-11108 |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Cash on hand as of petition date.  Line from *Schedule A/B*: 16.1 | $69.00 | ■ $69.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Checking: JPMorgan Chase Bank, N.A. '3586 (balance as of August 2023 statement) (balance does not include $2,602 monthly Venmo payment to estranged wife for court-ordered DSO, processed on petition date but reflected in balance as of following day)  Line from *Schedule A/B*: 17.1 | $414.84 | ■ $414.84  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Savings: Goldman Sachs Bank USA ("Marcus") (balance per August 2023 statement) (balance does not include electronic payments to cover divorce attorney fee listed below, rent prepayment listed below, or $1,994 in ordinary living expenses for debtor and his  Line from *Schedule A/B*: 17.2 | $554.97 | ■ $554.97  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Morgan Stanley 529 Education Savings Plan, for the benefit of minor son. Balance as of June 30, 2023. No contributions made for over two years.  Line from *Schedule A/B*: 24.1 | $72,559.36 | ☐  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(j) |
| Proceeds from sale of primary residence (1817 N. Orleans Street, Chicago IL), held in escrow per 12/2/22 order of judge in Kentucky divorce action (Boone Circuit Court, Fourth Division). Held by Ruth B. Jackson, Esq., Jackson Family Law, Crestview Hills, K  Line from *Schedule A/B*: 25.1 | $90,000.00 | ☐  ■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-906 |
| Federal: 2021 Tax Refund; Return Filed 8/22/23  Line from *Schedule A/B*: 28.1 | $972.00 | ■ $972.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| State: 2021 Tax Refund; Return Filed 8/22/23  Line from *Schedule A/B*: 28.2 | $1,315.00 | ■ $1,315.00  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| Federal: 2022 Tax Refund; Return Filed 8/22/23  Line from *Schedule A/B*: 28.3 | $1,924.00 | ■ $674.19  ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |

Debtor 1    John Bernard O'Brien                                                        Case number (if known)    23-11108

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| John Hancock Life Insurance Company (U.S.A.) Whole Life Insurance Policy, No. ****8970. Debtor is the insured and owner. Value is net cash surrender value per policy summary dated 8/7/23. $500,000 net death benefit. Fully encumbered.<br>Beneficiary: Susan O'<br>Line from *Schedule A/B*: 31.1 | $36,380.83 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(f) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 23-11108 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1** Alro Steel Corporation | Describe the property that secures the claim: | $19,763.76 | $85.84 | $19,677.92 |

Creditor's Name

Checking: First American Bank '8101. Value listed represents debtor's 50% interest.  Fully encumbered.

4501 James Place
Melrose Park, IL 60160

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    Third-Party Citation to Discover Assets served 7/26/23

**Date debt was incurred**   11/2021        **Last 4 digits of account number**   2871

Debtor 1    John Bernard O'Brien

First Name        Middle Name        Last Name

Case number (if known)    23-11108

---

| 2.2 | Beverly Bank & Trust Co. | | $250,000.00 | $180,000.00 | $110,408.22 |

Creditor's Name

**Describe the property that secures the claim:**

Proceeds from sale of primary residence (1817 N. Orleans Street, Chicago IL), held in escrow per 12/2/22 order of judge in Kentucky divorce action (Boone Circuit Court, Fourth Division). Held by Ruth B. Jackson, Esq., Jackson Family Law, Cr

10258 South Western Ave
Chicago, IL 60643

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    5/6/2009

Last 4 digits of account number    5701

---

| 2.3 | Beverly Bank & Trust Co. | | $250,000.00 | $36,380.83 | $110,408.22 |

Creditor's Name

**Describe the property that secures the claim:**

John Hancock Life Insurance Company (U.S.A.) Whole Life Insurance Policy, No. ****8970. Debtor is the insured and owner. Value is net cash surrender value per policy summary dated 8/7/23. $500,000 net death benefit. Fully encumbered. Benef

10258 South Western Ave
Chicago, IL 60643

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    5/6/2009

Last 4 digits of account number    5701

---

Debtor 1    John Bernard O'Brien

| First Name | Middle Name | Last Name | | Case number (if known) | 23-11108 |

| 2.4 | Chase Auto Finance | Describe the property that secures the claim: | $38,586.27 | $36,766.00 | $1,820.27 |
|---|---|---|---|---|---|

Creditor's Name

2018 Lexus GX 30,000 miles VIN No. JTJBM7FX8J5201625. Value approximate, based on Kelly Blue Book value as of August 2023. Debt/lien amount per September 2022 statement; likely higher.

PO Box 71220
Philadelphia, PA
19176-6220

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    5803

| 2.5 | Citizens Bank, N.A. | Describe the property that secures the claim: | $33,210.95 | $180,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

Proceeds from sale of primary residence (1817 N. Orleans Street, Chicago IL), held in escrow per 12/2/22 order of judge in Kentucky divorce action (Boone Circuit Court, Fourth Division). Held by Ruth B. Jackson, Esq., Jackson Family Law, Cr

c/o Colette M. Willer, Esq.
Reed Smith LLP
10 S. Wacker Dr., 40th Fl.
Chicago, IL 60606-7507

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    _____

| Add the dollar value of your entries in Column A on this page. Write that number here: | $341,560.98 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $341,560.98 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code

JPMorgan Chase Bank NA
PO Box 90133
Fort Worth, TX 76101

On which line in Part 1 did you enter the creditor?    2.4

Last 4 digits of account number    5803

| Debtor 1 | John Bernard O'Brien | Case number (if known) | 23-11108 |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

[ ]     Name, Number, Street, City, State & Zip Code
JPMorgan Chase Bank NA
PO Box 901098
Fort Worth, TX 76101

On which line in Part 1 did you enter the creditor?  2.4

Last 4 digits of account number  5803

[ ]     Name, Number, Street, City, State & Zip Code
Stein & Rotman
Attn: Stuart J. Stein, Esq.
645 Landwehr Rd
Northbrook, IL 60062

On which line in Part 1 did you enter the creditor?  2.1

Last 4 digits of account number  ___

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | 23-11108 |

☐ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**    **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Abt** | Last 4 digits of account number    0199 | $1,600.00 |
| | Nonpriority Creditor's Name | | |
| | 1200 N. Milwaukee Road | When was the debt incurred?    March 2022 | |
| | Glenview, IL 60025 | | |

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    HVAC repair for former residence (1817 N. Orleans St., Chicago, IL).

Debtor 1    John Bernard O'Brien _____    Case number (if known)    23-11108 _____

---

| 4.2 | Acoustic Ceiling and Partition Co. | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
3500 E. Ellsworth Rd.
Ann Arbor, MI 48108

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Included for notice purposes only.

---

| 4.3 | Adam Robinson | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
c/o Richard Zito, Esq.
200 E Randolph Drive, Ste 5100
Chicago, IL 60601

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Included for notice purposes only.

---

| 4.4 | American Express National Bank | Last 4 digits of account number    1008 | $171,284.20 |

Nonpriority Creditor's Name
115 West Towne Ridge Parkway
Sandy, UT 84070

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Personal guaranty of commercial loans.

---

Debtor 1    John Bernard O'Brien                                                    Case number (if known)    23-11108

---

| 4.5 | American Express National Bank | Last 4 digits of account number | 7001 | $98,696.90 |

Nonpriority Creditor's Name
P.O. Box 96001
Los Angeles, CA 90096

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business Platinum credit card.

---

| 4.6 | Capital One Spark Business Card | Last 4 digits of account number | 0379 | $7,242.00 |

Nonpriority Creditor's Name
PO Box 6492
Carol Stream, IL 60197

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Business credit card.

---

| 4.7 | ComEd | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
PO Box 6111
Carol Stream, IL 60197-6111

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    Included for notice purposes only.

---

Debtor 1    John Bernard O'Brien                                    Case number (if known)    23-11108

| 4.8 | Community Reinvestment Fund, USA | Last 4 digits of account number | 8324 | $49,940.00 |

Nonpriority Creditor's Name
801 Nicollet Mall, Suite 1700 West
Minneapolis, MN 55402
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of business loan to O'Brien Metal, Inc.

| 4.9 | David Reyes, Jr. | Last 4 digits of account number | | $21,288.47 |

Nonpriority Creditor's Name
5724 West Addison
Chicago, IL 60634
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   10/4/21 - 11/12/21

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal liability for wages not paid by O'Brien Metal, Inc., inclusive of penalty. Default judgment entered against debtor.

| 4.10 | Elston Industrial Lofts, LLC | Last 4 digits of account number | | $124,389.49 |

Nonpriority Creditor's Name
500 W. Fullerton
Attn: Jim Moller
Chicago, IL 60614
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of commercial lease of O'Brien Metal, Inc. originally dated 2/10/15.

Debtor 1   John Bernard O'Brien                                    Case number (if known)   23-11108

---

**4.1**
**1**

| Fifth Third Bank | Last 4 digits of account number | 4194 | $0.00 |

Nonpriority Creditor's Name
5001 Kingsley Drive
MD 1MOB19
Cincinnati, OH 45227-5300
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**4.1**
**2**

| First American Bank | Last 4 digits of account number | 7970 | $0.00 |

Nonpriority Creditor's Name
80 Stratford Drive
Bloomingdale, IL 60108
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Fees allegedly incurred in excess of payoff amount of mortgage on former residence (1817 N. Orleans St., Chicago, IL).

---

**4.1**
**3**

| Goldman Sachs Bank USA | Last 4 digits of account number | | $6,000.00 |

Nonpriority Creditor's Name
Salt Lake City Branch
Lockbox 6112
PO Box 7247
Philadelphia, PA 19170-6112
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal credit card (Apple Card).

---

Debtor 1   John Bernard O'Brien _____   Case number (if known)   23-11108 _____

| 4.1 4 | H.D. Roseth & Associates, Ltd. | Last 4 digits of account number _____ | $5,750.00 |

**H.D. Roseth & Associates, Ltd.**
Nonpriority Creditor's Name
302 Saunders Road, Suite 200
Riverwoods, IL 60015
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**   2021

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Preparation of tax returns.

---

| 4.1 5 | Illinois Department of Labor | Last 4 digits of account number 2331 | $1,000.00 |

**Illinois Department of Labor**
Nonpriority Creditor's Name
160 North LaSalle, Suite C-1300
Chicago, IL 60601
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** 2331
**When was the debt incurred?**   8/4/23

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Administrative fee for David Reyes wage claim, No. 21-0002331.

---

| 4.1 6 | Illinois Department of Revenue | Last 4 digits of account number _____ | $0.00 |

**Illinois Department of Revenue**
Nonpriority Creditor's Name
Bankruptcy Department
1755 Lake Cook Road
Deerfield, IL 60015
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
**☐ Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

Debtor 1    John Bernard O'Brien                                      Case number (if known)    23-11108

---

**4.17**

**Illinois Dept of Employment Security**
Nonpriority Creditor's Name
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**4.18**

**LeJeune Steel Company**
Nonpriority Creditor's Name
118 W. 60th St.
Minneapolis, MN 55419
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**4.19**

**Liebovich Steel & Aluminum Co**
Nonpriority Creditor's Name
2116 Preston Street
Rockford, IL 61102
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____        $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

Debtor 1   John Bernard O'Brien                                   Case number (if known)   23-11108

---

| 4.2 0 | McMaster-Carr Supply Company | Last 4 digits of account number | | $0.00 |

**McMaster-Carr Supply Company**
Nonpriority Creditor's Name
PO Box 94930
Cleveland, OH 44101-4930
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**MidAmerican Energy Services, LLC**
Last 4 digits of account number   4631   $0.00
Nonpriority Creditor's Name
PO Box 8019
Davenport, IA 52808-8019
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**Mulligan Funding LLC**
Last 4 digits of account number   $95,403.00
Nonpriority Creditor's Name
4715 Viewridge Ave
Att: Accounting Dept.
San Diego, CA 92123
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of commercial loan.

---

Debtor 1   John Bernard O'Brien                                         Case number (if known)   23-11108

---

**4.2
3**   Northwestern Medicine

Nonpriority Creditor's Name
211 East Ontario Street
Suite 1600
Chicago, IL 60611
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   6545                          $787.98

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Medical treatment.

---

**4.2
4**   Peoples Gas

Nonpriority Creditor's Name
200 E. Randolph St.
Chicago, IL 60601-6302
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   3155                        $1,540.12

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Gas service for former residence (1817 N. Orleans St., Chicago, IL).

---

**4.2
5**   Robert and Mary Lou O'Brien

Nonpriority Creditor's Name
1730 N. Attley Place
Tampa, FL 33624
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                              $64,100.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal loans from family.

---

Debtor 1    John Bernard O'Brien                                    Case number (if known)    23-11108

---

| 4.2 6 | Social Security Administration | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Office of the General Counsel**
**Attn: Bankruptcy**
**6401 Security Boulevard**
**Baltimore, MD 21235**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Included for notice purposes only.

---

| 4.2 7 | Susan O'Brien | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Ruth B. Jackson, Esq.**
**Jackson Family Law**
**553 Centre View Blvd.**
**Crestview Hills, KY 41017**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    Included for notice purposes only. Divorce proceeding is pending and domestic support obligations are ongoing, but no amounts were owed as of the petition date.

---

Debtor 1    John Bernard O'Brien

Case number (if known)    23-11108

---

**4.28**

U.S. Department of the Treasury

Nonpriority Creditor's Name

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

**4.29**

U.S. Small Business Administration

Nonpriority Creditor's Name

Attn: EIDL Administration
Washington, DC 20416

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   7801         $150,000.00

**When was the debt incurred?**   5/21/2020

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Personal guaranty of COVID relief EIDL Loan to O'Brien Metal, Inc.

---

**4.30**

Verizon

Nonpriority Creditor's Name

P.O. Box 489
Newark, NJ 07101-0489

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**                    $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   Included for notice purposes only.

---

Debtor 1   John Bernard O'Brien _____    Case number (if known)    23-11108 _____

| 4.3 1 | Zeigler Associates, Ltd. |
|---|---|

Nonpriority Creditor's Name
507 Apache Trail
Lake Villa, IL 60046-7301
Number Street City State Zip Code

**Last 4 digits of account number** _____    $0.00

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   Included for notice purposes only. _____

---

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
American Express National Bank
4315 S. 2700 West
Salt Lake City, UT 84184

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.4 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        1008

Name and Address
Babcock Scott & Babcock P.C.
370 South Temple, 4th Floor
Salt Lake City, UT 84111

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
Biehl & Biehl, Inc.
325 E. Fullerton Ave.
Carol Stream, IL 60188

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.20 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        5363

Name and Address
Blitt and Gaines P.C.
775 Corporate Woods Parkway
Vernon Hills, IL 60061

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.5 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        7291

Name and Address
Community Reinvestment Fund, Inc.
PO Box 86
Minneapolis, MN 55486-2830

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.8 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        8324

Name and Address
Dickinson Wright, PLLC
55 West Monroe Street, Suite 1200
Chicago, IL 60603

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
FinWise Bank
756 E. Winchester St., Ste 100
Salt Lake City, UT 84107

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Debtor 1    John Bernard O'Brien                                    Case number (if known)    23-11108

---

Name and Address
First American Bank
700 Busse Road
Attn: David J. Leeney
Elk Grove Village, IL 60007

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.12 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Hall & Evans LLC
1001 Seventeenth Street, Suite 300
Attn: Clinton L. Coberly, Esq.
Denver, CO 80202

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.18 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Illinois Department of Labor
160 N. LaSalle St., Ste C-1300
Chicago, IL 60601

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.9 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Mages & Price Attorney at Law
1110 W. Lake Cook Road, Suite 385
Attn: Marc Price
Buffalo Grove, IL 60089

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.22 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Mark V. Heusel, Esq.
350 S. Main St., Ste 300
Ann Arbor, MI 48104

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.2 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Martin D. Tasch, Esq.
Momkus LLP
1001 Warrenville Road, Suite 500
Lisle, IL 60532

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.12 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
Northwestern Medicine
PO Box 4090
Carol Stream, IL 60197

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.23 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        6545

---

Name and Address
Peoples Gas
PO Box 6050
Carol Stream, IL 60197-6050

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.24 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number        3155

---

Name and Address
Schoenberg Finkel Beederman Bell
Glazer
300 S. Wacker, Suite 1500
Attn: Daniel Beederman, Michael
Friman
Chicago, IL 60606

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.10 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.29 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
U.S. Social Security Administration

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.29 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1   John Bernard O'Brien       Case number (if known)   23-11108

Illinois District Office
332 S. Michigan Ave, Suite 600
Chicago, IL 60604

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | |
|---|---|
| Verizon<br>500 Technology Drive<br>Suite 550<br>Weldon Spring, MO 63304 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.30 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Zwicker & Associates P.C.<br>80 Minuteman Road<br>Attn: Beathan Regan<br>Andover, MA 01810 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.4 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Zwicker & Associates, P.C.<br>1551 South Washington Ave., Suite 404<br>Attn: Brandon G. Stanislaus, Esq.<br>Piscataway Township, NJ 08854 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.4 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| Name and Address | |
|---|---|
| Zwicker & Associates, P.C.<br>100 Corporate Woods, Suite 230<br>Attn: Brandon G. Stanislaus, Esq.<br>Rochester, NY 14623 | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line 4.4 of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 799,022.16 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 799,022.16 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | 23-11108 |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | Comcast<br>PO Box 70219<br>Philadelphia, PA 19176-0219 | Basic Xfinity cable and internet services. |
| 2.2 | ComEd<br>PO Box 6111<br>Carol Stream, IL 60197-6111 | Electrical service for apartment. |
| 2.3 | Eugenie Terrace SPE, LLC<br>1110 Jorie Blvd., Ste. 300<br>Attn: Building Manager<br>Oak Brook, IL 60523 | Chicago Apartment Lease Contract for residential lease of 1730 N. Clark St., Chicago, IL, Apartment 4111, ending October 2024. |
| 2.4 | Jennifer Scholl Overmann, Esq.<br>Overmann Family Law, PLLC<br>309 Artillery Park Drive, Suite 202<br>Ft Mitchell, KY 41017 | Engagement letter for representation in divorce, date February 10, 2023. |
| 2.5 | John Hancock Life Insurance Company<br>200 Berkeley Street<br>Boston, MA 02116 | Whole life insurance policy No. 46 548 970. Debtor is owner, insured, and beneficiary. Death benefit is $500,000. As of January 2021 statement, cash surrender value was $32,269.57. |
| 2.6 | State Farm<br>One State Farm Plaza<br>Bloomington, IL 61710 | Automotive insurance policy No. 468 1176-E11-13J. |
| 2.7 | State Farm<br>One State Farm Plaza<br>Bloomington, IL 61710 | Personal articles insurance policy No. 13-BC-R923-4. |

Debtor 1    John Bernard O'Brien                                    Case number (*if known*)    23-11108

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
| --- | --- |
| 2.8    State Farm<br>One State Farm Plaza<br>Bloomington, IL 61710 | Homeowners insurance policy No. 73-L1-Z645-2. |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | John Bernard O'Brien | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | 23-11108 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Elston Industrial Lofts, LLC |
| 3.2 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.22___<br>☐ Schedule G _____<br>Mulligan Funding LLC |
| 3.3 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.29___<br>☐ Schedule G _____<br>U.S. Small Business Administration |

Debtor 1  John Bernard O'Brien                                    Case number *(if known)*  23-11108

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>American Express National Bank |
| 3.5 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>Acoustic Ceiling and Partition Co. |
| 3.6 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>Community Reinvestment Fund, USA |
| 3.7 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G _____<br>American Express National Bank |
| 3.8 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>Capital One Spark Business Card |
| 3.9 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>Fifth Third Bank |
| 3.10 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>LeJeune Steel Company |
| 3.11 | O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>Adam Robinson |

Debtor 1  John Bernard O'Brien _____  Case number *(if known)*  23-11108 _____

| | | |
|---|---|---|
| **Additional Page to List More Codebtors** | | |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ■ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Citizens Bank, N.A. |
| 3.13  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>Liebovich Steel & Aluminum Co |
| 3.14  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.20___<br>☐ Schedule G _____<br>McMaster-Carr Supply Company |
| 3.15  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.21___<br>☐ Schedule G _____<br>MidAmerican Energy Services, LLC |
| 3.16  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>ComEd |
| 3.17  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>David Reyes, Jr. |
| 3.18  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.15___<br>☐ Schedule G _____<br>Illinois Department of Labor |
| 3.19  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.30___<br>☐ Schedule G _____<br>Verizon |

| Debtor 1 | John Bernard O'Brien | Case number *(if known)* | 23-11108 |

███ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>Illinois Department of Revenue |
| 3.21  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>Illinois Dept of Employment Security |
| 3.22  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.26___<br>☐ Schedule G _____<br>Social Security Administration |
| 3.23  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.28___<br>☐ Schedule G _____<br>U.S. Department of the Treasury |
| 3.24  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Alro Steel Corporation |
| 3.25  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Beverly Bank & Trust Co. |
| 3.26  O'Brien Metal, Inc.<br>1953 N. Clybourn Ave.<br>Chicago, IL 60614 | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Beverly Bank & Trust Co. |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | 23-11108 |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                    12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ☐ Employed<br>■ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | | |
| | Employer's name | | |
| | Employer's address | | |
| | How long employed there? | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $    0.00 | $    N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$    0.00 | +$    N/A |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. $    0.00 | $    N/A |

Debtor 1    John Bernard O'Brien                                    Case number (*if known*)   23-11108

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $         0.00 | $        N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $         0.00 | $        N/A |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $         0.00 | $        N/A |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $         0.00 | $        N/A |
| 5d. **Required repayments of retirement fund loans** | 5d. | $         0.00 | $        N/A |
| 5e. **Insurance** | 5e. | $         0.00 | $        N/A |
| 5f. **Domestic support obligations** | 5f. | $         0.00 | $        N/A |
| 5g. **Union dues** | 5g. | $         0.00 | $        N/A |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $         0.00  + | $        N/A |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $         0.00    $        N/A

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.   7.   $         0.00    $        N/A

8. **List all other income regularly received:**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $         0.00 | $        N/A |
| 8b. **Interest and dividends** | 8b. | $         0.00 | $        N/A |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $       212.00 | $        N/A |
| 8d. **Unemployment compensation** | 8d. | $         0.00 | $        N/A |
| 8e. **Social Security** | 8e. | $         0.00 | $        N/A |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $         0.00 | $        N/A |
| 8g. **Pension or retirement income** | 8g. | $         0.00 | $        N/A |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $         0.00  + | $        N/A |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $       212.00    $        N/A

10. **Calculate monthly income.**  Add line 7 + line 9.   10.   $   212.00  +  $   N/A  =  $   212.00
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify:                                                           11.   +$         0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $       212.00

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ☐ No.
    ☑ Yes. Explain:  I am actively looking for work and hope to get a job sometime in the near future.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | John Bernard O'Brien |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | 23-11108 |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ **Yes.** Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son (joint custody) | 14 | ■ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 4,219.00 |
| **If not included in line 4:** | | |
| 4a.    Real estate taxes | 4a. $ | 0.00 |
| 4b.    Property, homeowner's, or renter's insurance | 4b. $ | 22.58 |
| 4c.    Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d.    Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    John Bernard O'Brien                                    Case number (if known)    23-11108

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | 50.03 |
| | 6b.    Water, sewer, garbage collection | 6b. $ | 190.00 |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 255.00 |
| | 6d.    Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 823.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 200.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 150.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 440.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 300.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | 540.14 |
| | 15b.    Health insurance | 15b. $ | 277.42 |
| | 15c.    Vehicle insurance | 15c. $ | 128.41 |
| | 15d.    Other insurance. Specify:    Personal articles policy | 15d. $ | 21.83 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | 756.87 |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.    Other. Specify: | 17c. $ | 0.00 |
| | 17d.    Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 1,603.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:    Additional child care (e.g., medical, camps, sports, etc.) | 19. $ | 500.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | 0.00 |
| | 20b.    Real estate taxes | 20b. $ | 0.00 |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 11,127.28 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 11,127.28 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a.    Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 212.00 |
| | 23b.    Copy your monthly expenses from line 22c above. | 23b. -$ | 11,127.28 |
| | 23c.    Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -10,915.28 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

■ Yes.    Explain here: I have been living primarily on my savings and irregular income, but do not expect to be able to maintain my current expenses if I cannot obtain continued financial support from family or regular employment in the near future.

Fill in this information to identify your case:

| Debtor 1 | John Bernard O'Brien | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known)   23-11108

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____
Signature of Debtor 1                    Signature of Debtor 2

Date 09/06/2023
     MM / DD / YYYY

Date _____
     MM / DD / YYYY